UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 OCT 15  PM 4: 50
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

SENKO ET AL

v.                                        Civil No. 1:20-CV-1047-LY

CITY OF AUSTIN ET AL

### ORDER

The above captioned cause, having been removed to this Court on ___October 15, 2020___ from the _____459th Judicial District Court of Travis County, Texas,_____ and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so,** shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 15th day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE