IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HANNA SENKO, AMANDA DAY, WHITLEY DEGOLLADO, AND JESSICA RAGSDILL,<br>PLAINTIFFS,<br><br>V.<br><br>CITY OF AUSTIN, AUSTIN POLICE CHIEF BRIAN MANLEY, AND FORMER AUSTIN POLICE CHIEF ART ACEVEDO,<br>DEFENDANTS. | § § § § § § § § § § § § § | CAUSE NO. 1:20-CV-01047-LY |

**ORDER CLOSING CASE**

Before the court in the above styled and numbered cause is Plaintiffs' Notice of Dismissal With Prejudice of Defendants City of Austin, Austin Police Chief Brian Manley, and Former Austin Police Chief Art Acevedo filed September 21, 2022 (Doc. #28), which provides that the parties have settled all of their disputes, and all remaining claims are voluntarily dismissed with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(I).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 21st day of September, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE